**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TENNESSEE**
**KNOXVILLE, TENNESSEE**

IN RE:
ETHICS CONSTRUCTION
COMPANY, LLC,                                                          No. 3:18-BK- 33093-SHB
                                                                                       Chapter 7
      Debtor.

## ORDER FOR RELIEF AND MODIFYING THE AUTOMATIC STAY

Upon motion of Scott Tate and Enid Tate ("Tate") for relief and to modify the automatic stay of 11 U.S.C. § 362; after notice and hearing, and for cause shown; it is hereby ORDERED that the automatic stay of 11 U.S.C.§362 is modified for the benefit of Tate to continue their suit in the Chancery Court for Knox County, Tennessee, seeking damages from the Debtor, in <u>Scott Tate and Enid Tate v. Ethics Construction Company, LLC, Michael Dulin and Arthur Rutenberg Homes, Inc.</u>, Knox County Chancery Court Docket No. 196345-3 ("Case") provided that the stay relief is limited such that Tate can only pursue recovery, if any, against Debtor in the Case in an amount within the limits of the Debtor's commercial liability policy, if any. It is further

ORDERED that the 14-day stay provided by Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedures shall be inapplicable to this Order.

PREPARED BY:

/s/ W. Tyler Chastain
W. Tyler Chastain, Esq. (BPR #016029)
Attorney for Scott Tate and Enid Tate
Bernstein, Stair & McAdams, LLP
116 Agnes Road
Knoxville, Tennessee 37919
(865) 546-8030


Copies were sent to:
Ethics Construction Company, LLC (USM)
2575 Willow Point Way, Suite 105,
Knoxville, Tennessee 37931-3163

Ryan E. Jarrard (ECF)
Quist, Fitzpatrick & Jarrard
2121 First Tennessee Plaza
Knoxville, TN 37929

Ann Mostoller (ECF)
136 South Illinois Ave.
Suite 104
Oak Ridge, TN 37830

United States Trustee  (ECF)
800 Market Street, Suite 114
Howard H. Baker Jr. U.S. Courthouse
Knoxville, TN 37902