**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TENNESSEE**
**KNOXVILLE DIVISION**

| | | |
|---|---|---|
| In re: Ethics Construction Company, LLC | § | Case No. 3:18-33093-SHB |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Ann Mostoller, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $133,050.00    Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $45,496.28    Claims Discharged
   Without Payment: $4,649,933.69

Total Expenses of Administration: $6,748.84

3) Total gross receipts of $ 52,745.12 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 500.00 (see **Exhibit 2**), yielded net receipts of $52,245.12 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $158,241.15 | $169,225.08 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 6,748.84 | 6,748.84 | 6,748.84 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 126,128.75 | 126,128.75 | 45,496.28 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 3,412,412.67 | 2,494,086.78 | 2,494,086.78 | 0.00 |
| **TOTAL DISBURSEMENTS** | $3,570,653.82 | $2,796,189.45 | $2,626,964.37 | $52,245.12 |

4) This case was originally filed under Chapter 7 on October 08, 2018. The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/10/2020          By: /s/Ann Mostoller
                                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking Account at TN Bank, xxxxxx9941 | 1129-000 | 29,270.66 |
| Turnover of retainer fees paid to attorney | 1290-000 | 11,555.00 |
| Refund of Insurance premiums | 1290-000 | 7,719.46 |
| Preference - Sealing Agents Waterproofing | 1241-000 | 4,200.00 |
| **TOTAL GROSS RECEIPTS** | | **$52,745.12** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Doreen T. Dulin | reimbursement for 2018 tax preparation | 8500-002 | 500.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$500.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Knox County Trustee | 4110-000 | 0.00 | 1,123.60 | 0.00 | 0.00 |
| 3 | Knox County Trustee | 4110-000 | 0.00 | 1,123.60 | 0.00 | 0.00 |
| 4 | Knox County Trustee | 4110-000 | 0.00 | 16.00 | 0.00 | 0.00 |
| 5 | Branch Banking & Trust Company | 4110-000 | 63,000.00 | 51,619.16 | 0.00 | 0.00 |
| 6 | Branch Banking & Trust Company | 4110-000 | 65,000.00 | 66,125.62 | 0.00 | 0.00 |
| 19S-5 | Internal Revenue Service | 4110-000 | N/A | 37,158.93 | 0.00 | 0.00 |
| 22S | Builders FirstSource | 4110-000 | 30,241.15 | 12,058.17 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$158,241.15** | **$169,225.08** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Other - International Sureties, LTD. | 2300-000 | N/A | 20.98 | 20.98 | 20.98 |
| Clerk of the Court Costs (includes adversary and other filing fees) - Clerk | 2700-000 | N/A | 350.00 | 350.00 | 350.00 |
| Trustee Expenses - Ann Mostoller | 2200-000 | N/A | 326.60 | 326.60 | 326.60 |
| Trustee Compensation - Ann Mostoller | 2100-000 | N/A | 5,862.26 | 5,862.26 | 5,862.26 |
| Other - Campbell Station Mini Warehouse | 2410-000 | N/A | 189.00 | 189.00 | 189.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $6,748.84 | $6,748.84 | $6,748.84 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 19P-5 | Internal Revenue Service | 5800-000 | N/A | 121,451.02 | 121,451.02 | 43,808.96 |
| 36P | Tennessee Dept. of Revenue | 5800-000 | N/A | 4,677.73 | 4,677.73 | 1,687.32 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $126,128.75 | $126,128.75 | $45,496.28 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Tennessee Stone | 7100-000 | 0.00 | 12,342.97 | 12,342.97 | 0.00 |
| 7 | Claiborne Hauling, LLC | 7100-000 | 19,781.75 | 20,660.12 | 20,660.12 | 0.00 |
| 8 | Snap Advances LLC | 7100-000 | 119,815.50 | 115,987.50 | 115,987.50 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | Haier US Appliance Solutions, Inc. db GE Appl | 7100-000 | 9,005.48 | 9,005.48 | 9,005.48 | 0.00 |
| 10 | Meridian Brick, LLC | 7100-000 | 31,730.99 | 30,100.92 | 30,100.92 | 0.00 |
| 11 | 1408 Anderson Ave | 7100-000 | 14,054.00 | 13,500.50 | 13,500.50 | 0.00 |
| 12 | Scott Tate and Enid Tate | 7100-000 | 0.00 | 219,499.00 | 219,499.00 | 0.00 |
| 13 | Blake McCoy and Candice McCoy | 7100-000 | 102,000.00 | 102,257.30 | 102,257.30 | 0.00 |
| 14 | Daniel & Libby McCammon | 7100-000 | 0.00 | 323,640.10 | 323,640.10 | 0.00 |
| 15 | Sandor and Marta Nagy | 7100-000 | 0.00 | 281,436.50 | 281,436.50 | 0.00 |
| 16 | AVS Design Concepts, Inc. | 7100-000 | 0.00 | 2,979.53 | 2,979.53 | 0.00 |
| 17 | Volunteer Waste | 7100-000 | 0.00 | 5,378.62 | 5,378.62 | 0.00 |
| 18 | Sterling Engineering, Inc. | 7100-000 | 5,124.75 | 6,136.75 | 6,136.75 | 0.00 |
| 19U-5 | Internal Revenue Service | 7100-000 | N/A | 79,427.44 | 79,427.44 | 0.00 |
| 20 | Ferguson Enterprises, Inc. | 7100-000 | 31,269.00 | 22,466.25 | 22,466.25 | 0.00 |
| 21 | 299 N Weisgarber Road | 7100-000 | 10,405.00 | 18,847.50 | 18,847.50 | 0.00 |
| 22U | Builders FirstSource | 7100-000 | 193,309.87 | 193,309.87 | 193,309.87 | 0.00 |
| 23 | American Express National Bank | 7100-000 | 61,476.31 | 65,413.15 | 65,413.15 | 0.00 |
| 24 | Shane & Melissa Parkey | 7100-000 | 100,543.90 | 100,543.90 | 100,543.90 | 0.00 |
| 25 -2 | Robert and Sandra Lane | 7100-000 | 94,348.60 | 94,348.60 | 94,348.60 | 0.00 |
| 26 | Michael and Karyn Dambach | 7100-000 | 0.00 | 179,529.51 | 179,529.51 | 0.00 |
| 27 | Michael Dulin | 7100-000 | N/A | 1.00 | 1.00 | 0.00 |
| 28 | Broadway Carpets, Inc. | 7100-000 | 41,951.63 | 45,996.73 | 45,996.73 | 0.00 |
| 29 | Whitehouse Plumbing | 7100-000 | 8,000.00 | 6,000.00 | 6,000.00 | 0.00 |
| 30 | Dan and Amelia Evans | 7100-000 | 380,787.73 | 380,787.73 | 380,787.73 | 0.00 |
| 31 | Covenant Electric, LLC | 7100-000 | 12,000.00 | 24,261.98 | 24,261.98 | 0.00 |
| 32 -2 | Sealing Agents Waterproofing, Inc. | 7100-000 | N/A | 7,457.00 | 7,457.00 | 0.00 |
| 33 | Hiwassee Builders Supply, Inc. | 7100-000 | 86,851.55 | 98,015.00 | 98,015.00 | 0.00 |
| 34 | James Eric Lohman | 7100-000 | 7,927.17 | 6,081.76 | 6,081.76 | 0.00 |
| 35 | Trim Tec Woodworking, Inc. | 7200-000 | 6,815.00 | 27,535.00 | 27,535.00 | 0.00 |
| 36U | Tennessee Dept. of Revenue | 7200-000 | N/A | 1,139.07 | 1,139.07 | 0.00 |
| NOTFILED | 1 Day Signs | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | 31-W Insulation | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | 84 Lumber | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | A&C Trade Services | 7100-000 | 1,644.00 | N/A | N/A | 0.00 |
| NOTFILED | A-1 Block Sales | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Abdul (Mike) & Afshan Bhimani | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Able Gunite, LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Acme Brick Company | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | AG Heins | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Agustin Aranda | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | America's Finest Flooring | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | American Business Forms & Graphics, Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | American Pride Cleaning | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | American Printing Services, LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Appalachian Commercial Products, LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Archie's Stone & Fireplace, LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Architectural Visions, Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Areawide Roofing | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | ARH Models, LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Arthur Rutenberg Homes, Inc. | 7100-000 | 456,228.79 | N/A | N/A | 0.00 |
| NOTFILED | Artisan Wall Creations | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | AZ Faux Beams | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Barbara Alfaras | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | BB&T Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Beam of Knoxville, Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Better Business Bureau | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Birch Communications | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Blalock Ready Mix | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Blount County Trustee Attn: Scott Graves | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | BlueTarp Financial, Inc. | 7100-000 | 1,593.74 | N/A | N/A | 0.00 |
| NOTFILED | Bridgemore Owner's Association, Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Brimer Steel Erectors | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Builders Mutual Insurance Company | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Builders Risk Plan | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | C.R. Barger & Sons, Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Campbell Station Mini Warehouse c/o Self-Storage | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Caroline Badgett | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Caststone, LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | CD Graphics + Design | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Ceramic Solutions | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | CFI Insulation | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chaiyim Construction | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Christmas Lumber Company | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | City of Alcoa | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Clinton Glass | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Closet Solutions | 7100-000 | 8,877.50 | N/A | N/A | 0.00 |
| NOTFILED | Coldwell Banker | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Concrete Pump Partners | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Conkinnon Pointe Homeowner's Association | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Covered Bridge HOA | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Creative Metal Systems | 7100-000 | 16,436.00 | N/A | N/A | 0.00 |
| NOTFILED | Dale Insulation | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | David & Jamie Hahn | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Dayton's Pest Control | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | DC Concrete Pumping | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Dean Halm | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Dempster Poured Foundations | 7100-000 | 5,030.84 | N/A | N/A | 0.00 |
| NOTFILED | Dixie Kitchens | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Doug & Lori Justus | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | DRW Construction & Excavating | 7100-000 | 9,815.00 | N/A | N/A | 0.00 |
| NOTFILED | Early Bird Painters | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | East Tennessee Portables | 7100-000 | 105.25 | N/A | N/A | 0.00 |
| NOTFILED | ECB Masonry, Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Ed's Tree Service | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Edgar Alfaro | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Elite Protection | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | EMR Painting | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Engineering & Testing Solutions, LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Exact Tiling, Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Farragut Press | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Faust Engineering & Testing, LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Finley Group, LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Fire Works | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | First Utility District | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Fish Window Cleaning | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Floor & Decor | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Foam Works of East Tennessee | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Four Season, Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Friedman's Appliances | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Gables & Gates | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Gables & Gates 11800 Kingston Pike Attn: Andrea | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Gabriel Ratcliff | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | General Shale | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Gent Heating & Cooling | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Gina Hileman | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Glen Moore | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Gonzalez Construction | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Halie Kennedy | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hardin Valley Loft Offices, LLC | 7100-000 | 1,043.94 | N/A | N/A | 0.00 |
| NOTFILED | Harris & Swicegood Heating & Air | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Harrison Construction Company | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | HBA of Greater Knoxville | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Heritage Pest Control | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hiawassee Structural Products | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hiawassee Window & Door | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | HOA Management Corp. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Home Builder's Asc. of Greater Knoxville | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Home Depot Credit Services | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Home Works of East Tennessee | 7100-000 | 4,084.00 | N/A | N/A | 0.00 |
| NOTFILED | Home Works of East Tennessee | 7100-000 | 6,541.96 | N/A | N/A | 0.00 |
| NOTFILED | Homestead Construction | 7100-000 | 19,710.00 | N/A | N/A | 0.00 |
| NOTFILED | Honeybee Coffee | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Imagine Design Stairs | 7100-000 | 3,809.95 | N/A | N/A | 0.00 |
| NOTFILED | Indeed Billing | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Integrity Exteriors, LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Ironworks | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | It's All About Marketing c/o Sharon Long | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | J&J Construction | 7100-000 | 31,147.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | J&W Custom Trim | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | James Dulin | 7100-000 | 954,236.21 | N/A | N/A | 0.00 |
| NOTFILED | James Johnson | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | James Lynch Drywall | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Jason Owens | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Jason Wilson Masonry | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Jefferies Woodworks | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Jefferson Park HOA Attn: Brenda Seals | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Jeremy Littrel | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Jim McMichael Signs | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Jorge Quiroz | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Jose Ramirez Construction | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Jose Zavala | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Joseph (Jose) Ayala | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Joseph Dombroski | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Justin Horn | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Justin Horne | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Karen Cornwell | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Kenesaw Promotional Products | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Kevin Riffey | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Knox County Codes | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Knox County Health Department | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Knoxville Chamber | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Knoxville News Sentinel | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Knoxville Stone Interiors | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | KUB | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | L&M Ornamental | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Lamar Outdoor Advertising | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Land Design Group | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Lash brook Community Association c/o Fennell I CUR | 7100-000 | 796.23 | N/A | N/A | 0.00 |
| NOTFILED | Levi Rowlett | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Little Nest Portraits | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Loudon County Codes Enforcement | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Loudon County Rentals & Mini Storage | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Louisville Tile | 7100-000 | 6,562.90 | N/A | N/A | 0.00 |
| NOTFILED | Lowe's | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Mid South Mutual | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Millie Rojas | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Missy Roach | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Moen & Kohler Buying Group | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Mowery Insurance | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Nails Creek Landscaping | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Net 3 Information Technology | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | North Knox Siding & Windows | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Northwest Door & Hardware | 7100-000 | 2,060.66 | N/A | N/A | 0.00 |
| NOTFILED | Novatech | 7100-000 | 7,836.28 | N/A | N/A | 0.00 |
| NOTFILED | Obregon Painting | 7100-000 | 15,741.95 | N/A | N/A | 0.00 |
| NOTFILED | Olvera Masonry | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Patty Fortner | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Peak Business | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Peg Kennedy | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Pella Window & Door Company of TN, Inc. | 7100-000 | 9,812.91 | N/A | N/A | 0.00 |
| NOTFILED | Pella Windows | 7100-000 | 51,045.39 | N/A | N/A | 0.00 |
| NOTFILED | Pentagon Federal Credit Union | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Pentagon Federal Credit Union | 7100-000 | 254,197.07 | N/A | N/A | 0.00 |
| NOTFILED | Pentagon Federal Credit Union | 7100-000 | 170,039.14 | N/A | N/A | 0.00 |
| NOTFILED | Peter Saganski | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Pinnacle Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Profoam of Tennessee | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Prudent Energy Systems | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Read Mix USA | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Realty Executives Associates | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Register of Deeds | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Richard Collins, PE | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | RLW Virtual Solutions | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Roane County Clerk | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Robison's Hometown Air | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Rock Solid | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Rocky Tops, Inc. | 7100-000 | 4,663.00 | N/A | N/A | 0.00 |
| NOTFILED | Romero Construction | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | S&H Masonry, LLC | 7100-000 | 8,880.00 | N/A | N/A | 0.00 |
| NOTFILED | Screens of East Tennessee | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sequatchie Concrete Service | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Service Plus Garage Doors | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sherwin Williams | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Shine Cleaning Services c/o Edgar Alfaro | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | South Blount Utility District | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | South Made Marketing, LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Southland Construction | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Southland Distributors | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Steve's Floors | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Stokes Electric Company | 7100-000 | 207.63 | N/A | N/A | 0.00 |
| NOTFILED | Strickland Plumbing, Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Structured Glass, Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Suburban Propane | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Summey Land Development | 7100-000 | 11,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Superior Plumbing and Services | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | TASS | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | I us | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Tennessee Valley Waterproofing, Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Tennessee Wood Flooring | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | The Cabinet Shop | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | The Real Estate Book of Knoxville | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | The UPS Store - Hardin Valley | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Thomas J. Beeler Construction | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Towe Iron Works | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Town of Farragut | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Town of Louisville | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | TRDA | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Tri-State Distributors | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Triangle Building Pros, Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Troy & Olga Marlar | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | True Line Coring/ Knoxville, LLC | 7100-000 | 935.00 | N/A | N/A | 0.00 |
| NOTFILED | True-Line Coring & Cutting of Nashville | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | United Rentals | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Vance Mangum | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Vanhooseco Ready Mix, LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Vineyard Enterprise | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Vulcan Construction Materials | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wadescapes | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | West Knox Utility District | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Westfield Insurance | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | White Pest Control | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Whitworth Drywall | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Willard Ramsey | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Willocks Brothers Masonry | 7100-000 | 10,632.10 | N/A | N/A | 0.00 |
| NOTFILED | Windriver Development Corporation Attn: Joe Ayres | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Woody's Home Improvements | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Yasmin Cleaning Services | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $3,412,412.67 | $2,494,086.78 | $2,494,086.78 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 3:18-33093-SHB  
**Case Name:** Ethics Construction Company, LLC

**Trustee:** (620220) Ann Mostoller  
**Filed (f) or Converted (c):** 10/08/18 (f)  
**§341(a) Meeting Date:** 11/13/18

**Period Ending:** 01/10/20

**Claims Bar Date:** 02/19/19

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Lot 7 Phase 3 Covered Bridge Knoxville, TN 37932 | 50,000.00 | 50,000.00 | | 0.00 | FA |
| 2 | Lot 17 Covered Bridge Knoxville, TN 37932 | 80,000.00 | 0.00 | | 0.00 | FA |
| 3 | Checking Account at TN Bank, xxxxxx9941 | 29,270.66 | 29,270.66 | | 29,270.66 | FA |
| 4 | Checking Account at Pinnacle Bank Ethics Constru | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Table, bed, misc. decor. | 400.00 | 400.00 | | 0.00 | FA |
| 6 | Desktop computers (3), computer monitors (2), mi | 225.00 | 225.00 | | 0.00 | FA |
| 7 | Raw Materials: Misc. wood, Net Book Value: $0.00 | 350.00 | 350.00 | | 0.00 | FA |
| 8 | Other inventory or supplies: Misc. hardware, doo | 1,025.00 | 1,025.00 | | 0.00 | FA |
| 9 | Ladders, mixer, shop vacuums, fans, drills, wate | 1,050.00 | 1,050.00 | | 0.00 | FA |
| 10 | Copy Machine at Model Home (Leased from Nova Cop | Unknown | Unknown | | 0.00 | FA |
| 11 | Turnover of retainer fees paid to attorney  (u) | 11,555.00 | 11,555.00 | | 11,555.00 | FA |
| 12 | Refund of Insurance premiums  (u) | 7,719.46 | 7,719.46 | | 7,719.46 | FA |
| 13 | Preference - Sealing Agents Waterproofing  (u) | 4,200.00 | 4,200.00 | | 4,200.00 | FA |
| 13 | **Assets Totals** (Excluding unknown values) | **$185,795.12** | **$105,795.12** | | **$52,745.12** | **$0.00** |

**Major Activities Affecting Case Closing:**

2019 - Collected money from business bank accounts.  Trying to sell contents of debtors two storage units (misc tools, building materials, etc).  Investigating possible fraudulent conveyance.

**Initial Projected Date Of Final Report (TFR):**    March 30, 2020          **Current Projected Date Of Final Report (TFR):**    September 11, 2019  (Actual)

Printed: 01/10/2020 11:45 AM     V.14.65

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 3:18-33093-SHB  
**Case Name:** Ethics Construction Company, LLC  
**Taxpayer ID #:** **-***7985  
**Period Ending:** 01/10/20  

**Trustee:** Ann Mostoller (620220)  
**Bank Name:** Mechanics Bank  
**Account:** ******4566 - Checking Account  
**Blanket Bond:** $1,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/13/18 | {3} | Ethics Construction | turnover funds of TN Bank account balance | 1129-000 | 29,270.66 | | 29,270.66 |
| 12/19/18 | {11} | Quist, Fitzpatrick & Jarrard, PLLC | Turnover of retainer fees paid to Ch 13 attorney | 1290-000 | 11,555.00 | | 40,825.66 |
| 01/10/19 | {12} | Builders Mutual | Refund of Insurance Premiums paid prior to company closing | 1290-000 | 7,719.46 | | 48,545.12 |
| 01/16/19 | 101 | Campbell Station Mini Warehouse | Fee to lease 2 storage units thru February - Mike Dulin | 2410-000 | | 189.00 | 48,356.12 |
| 03/13/19 | 102 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 03/13/2019 FOR CASE #3:18-BK-33093, Premium for Bond #016018003 | 2300-000 | | 20.98 | 48,335.14 |
| 05/01/19 | 103 | Doreen T. Dulin | reimbursement for 2018 tax preparation | 8500-002 | | 500.00 | 47,835.14 |
| 06/19/19 | | Transition Transfer Debit | transfer to new account | 9999-000 | | 47,835.14 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 48,545.12 | 48,545.12 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 47,835.14 | |
| | | | **Subtotal** | | 48,545.12 | 709.98 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$48,545.12** | **$709.98** | |

{} Asset reference(s)

Printed: 01/10/2020 11:45 AM    V.14.65

Exhibit 9

Page: 2

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 3:18-33093-SHB  
**Case Name:** Ethics Construction Company, LLC  

**Taxpayer ID #:** **-***7985  
**Period Ending:** 01/10/20  

**Trustee:** Ann Mostoller (620220)  
**Bank Name:** United Bank  
**Account:** ********2660 - Checking Account  
**Blanket Bond:** $1,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/19/19 | | Transfer from 0061 to 2660 | Transfer from 0061 to 2660 | 9999-000 | 47,835.14 | | 47,835.14 |
| 07/19/19 | {13} | Sealing Agents Waterproofing | Funds from Preference with Sealing Agents | 1241-000 | 4,200.00 | | 52,035.14 |
| 11/15/19 | 10104 | Clerk US Bankruptcy Court Clerk | Dividend paid 100.00% on $350.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 350.00 | 51,685.14 |
| 11/15/19 | 10105 | Internal Revenue Service | Dividend paid 36.07% on $121,451.02; Claim# 19P-5; Filed: $121,451.02; Reference: | 5800-000 | | 43,808.96 | 7,876.18 |
| 11/15/19 | 10106 | Tennessee Dept. of Revenue | Dividend paid 36.07% on $4,677.73; Claim# 36P; Filed: $4,677.73; Reference: | 5800-000 | | 1,687.32 | 6,188.86 |
| 11/15/19 | 10107 | Ann Mostoller | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 6,188.86 | 0.00 |
| | | | Dividend paid 100.00%      5,862.26 on $5,862.26;  Claim# ADMIN3; Filed: $5,862.26 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%      326.60 on $326.60;  Claim# ADMIN2; Filed: $326.60 | 2200-000 | | | 0.00 |
| | | | ACCOUNT TOTALS | | 52,035.14 | 52,035.14 | $0.00 |
| | | | Less: Bank Transfers | | 47,835.14 | 0.00 | |
| | | | **Subtotal** | | 4,200.00 | 52,035.14 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4,200.00** | **$52,035.14** | |

{} Asset reference(s)

Printed: 01/10/2020 11:45 AM    V.14.65

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 3:18-33093-SHB | | **Trustee:** | Ann Mostoller (620220) |
| **Case Name:** | Ethics Construction Company, LLC | | **Bank Name:** | Metropolitan Commercial Bank |
| | | | **Account:** | ******7702 - Checking Account |
| **Taxpayer ID #:** | **-***7985 | | **Blanket Bond:** | $1,000,000.00  (per case limit) |
| **Period Ending:** | 01/10/20 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

```
            Net Receipts :     52,745.12
Less Other Noncompensable Items :      500.00
                                 _____
              Net Estate :    $52,245.12
```

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******4566** | 48,545.12 | 709.98 | 0.00 |
| **Checking # ********2660** | 4,200.00 | 52,035.14 | 0.00 |
| **Checking # ******7702** | 0.00 | 0.00 | 0.00 |
| | $52,745.12 | $52,745.12 | $0.00 |

{} Asset reference(s)    Printed: 01/10/2020 11:45 AM    V.14.65